IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| In re: | * | CASE NO. 16-30134 |
| | | JUDGE WALTER |
| GERARD L. METZGER | * | CHAPTER 13 |
| Debtor. | * | |

OBJECTION TO ALLOWANCE OF CLAIM OF WILMINGTON SAVINGS FUND
SOCIETY FSB (Claim 1)

___

     Now comes Debtor, GERARD L. METZGER, through counsel, and objects to Court Claim No. 1, Trustee's Claim No. 2, of Wilmington Savings Fund Society FSB filed May 31, 2011 in the amount of $86,939.56. The basis for this objection is that the Debtor believes that this arrearage is $66,000.00. Debtor proposes that the claim be allowed at $66,000.00.

     Respectfully submitted:
     /s/ Michael G. Weller
     MICHAEL G. WELLER, Bar No. 0037409
     2121 Miamisburg-Centerville Road
     Centerville, Ohio 45459
     Phone: 937/435-4554 // Fax: 937/435-7677
     mike@mwellerlaw.com

CERTIFICATE OF SERVICE OF THIRTY DAY NOTICE
Gerard L. Metzger has filed an objection to your claim in this Bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to reduce, modify, or eliminate your claim, then on or before **thirty (30) days from the date set forth in the certificate of service for the objection to claim**, you must file with the Court a response explaining your position by mailing your response by regular United States Mail, to U.S. Bankruptcy Clerk's Office 120 West Third Street, Dayton, Ohio 45402, OR your attorney must file a response using the Court's ECF system

The Court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1). This Court's ECF System; or by 2). Regular United States Mail to: Michael G. Weller, 2121 Miamisburg-Centerville Road, Centerville, Ohio 45449; Jeffrey M. Kellner, 131 North Ludlow Street, Suite 900, Dayton, Ohio, 45402; and Office of the U.S. Trustee, 170 North High Street, Suite 200, Columbus, Ohio, 43215.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to claim and may enter an order reducing, modifying, or eliminating your claim without further notice or hearing.

A copy hereof was electronically served on the Chapter 13 Trustee and the Office of the U.S. Trustee, through the Court's transmission facilities, at their e:mail addresses registered with the Court, and that the following persons were mailed a copy of the Certification by ordinary U.S. Mail, postage prepaid, addressed to:

Wilmington Savings Fund Society FSB  
c/o Carrington Mortgage Services, LLC  
Box 3730  
Anaheim, California 92806  

Gerard L. Metzger  
3106 Palm Drive  
West Carrollton, Ohio 45449  

Carrington Mortgage Services, LLC  
Box 3489  
Anaheim, California 92803  

     /s/ Michael G. Weller  
     MICHAEL G. WELLER, Attorney for Debtor

###